COMMONWEALTH BONDING & CASUALTY INS. CO. v. BRANNIN. (No. 576.)

(Court of Civil Appeals of Texas. El Paso. May 18, 1916. Rehearing Denied June 8, 1916.)

Appeal from District Court, Knox County; Jo A. P. Dickson, Judge.

Ten separate actions by R. S. Brannin and by nine others against the Commonwealth Bonding & Casualty Insurance Company. Judgments for plaintiffs in each case, and defendant appeals. All judgments affirmed.

Speer & Brown and Bowlin & Kearby, all of Ft. Worth, for appellant. Jas. A. Stephens, of Benjamin, and Carrigan, Montgomery & Britain, of Wichita Falls, for appellees.

PER CURIAM. It having been agreed between the parties to this suit, and in the nine others included in this memorandum opinion, that they present the same questions as those presented in Commonwealth Bonding & Casualty Insurance Co. v. G. H. Beavers, 186 S. W. 859 (the opinion in the latter case this day handed down), and, further, that the same judgment should be entered as that in the latter case, in accordance with the said agreement, we enter our judgment of affirmance in each of said cases as follows:

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. Frank Patton, Appellee, No. 577.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. W. E. Moorehouse, Appellee, No. 578.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. W. T. Ward, No. 579.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. T. M. Anderson, No. 580.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. W. A. Brown, Appellee, No. 581.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. Tom Adams, Appellee, No. 582.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. E. M. Coffman, Appellee, No. 584.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. Louis Chesser, Appellee, No. 585.

Commonwealth Bonding & Casualty Insurance Company, Appellant, v. D. M. Morrison, Appellee, No. 586.